UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY BRISCOE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:08-CV-1717 (CEJ) |
| ST. LOUIS COUNTY, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this matter is removed from the May 17, 2010 trial docket and is reset for **August 23, 2010**, at **9:00 a.m.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of March, 2010.