US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USCA#: _____

Briscoe v. County of St. Louis, Missouri

**Case Number:**

4:08-cv-01717-CEJ

| Plaintiff: | Defendant: |
|---|---|
| **Johnny Briscoe** | **Lane Hollandsworth, Stephen Deen, Sr., and Jack Webb** |

| Attorney: | Attorney: |
|---|---|
| Burton W. Newman<br>BURTON NEWMAN, P. C.<br>231 S. Bemiston, Suite 910<br>St. Louis, MO 63105<br>314-863-4100     Fax: 314-863-4340<br>Email: burtnewman44@aol.com<br><br>Michael A. Gross<br>SHER CORWIN LLC<br>190 Carondelet Plaza, Suite 1100<br>St. Louis, MO 63105<br>314-721-5200     Fax: 314-267-2678<br>Email: mgross@grossbriefs.com<br>LEAD ATTORNEYS | Christopher J. McCarthy<br>Michelle L. Wochner<br>ST. LOUIS COUNTY COUNSELOR'S OFFICE<br>41 S. Central Avenue<br>Clayton, MO 63105<br>314-615-7042<br>Fax: 314-615-3732<br>Email: christopher_mccarthy@stlouisco.com<br>Email: mwochner@stlouisco.com<br>LEAD ATTORNEYS |

See docket sheet for additional attorneys.

**Court Reporter:**

None

Please return files and documents to:

Clerks Office 3rd Floor

Person to contact about the appeal::

Joyce M. Webb/7929

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| None | Paid - 0865-2897494 | None | None |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| B. Newman/M. Gross | None | ---------------------------- | ---------------------------- |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?    Yes        No        Where: _____

Please list all other defendants in this case if there were multiple defendants: